JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TIMOTHY F. IVERSON,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>KILOLO KIJAKAZI, Acting Commissioner of Social Security Administration,<br><br>　　　　Defendant. | Case No. 2:22-cv-03672-MWF (SP)<br><br>**JUDGMENT** |

   Pursuant to the Order Accepting Report and Recommendation of United States Magistrate Judge,

   IT IS HEREBY ADJUDGED that the Complaint and this action is dismissed without prejudice.

Dated: August 25, 2023

_____
MICHAEL W. FITZGERALD
United States District Judge